**Order entered March 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00240-CV

## IN RE SARAH CATHERINE NORRIS ALFORD AND WMC VISTA HOLDINGS, LLC, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03896-2021**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is relator's March 22, 2022 petition for writ of mandamus challenging the trial court's order appointing a special master. We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **April 8, 2022.**

> /s/    LESLIE OSBORNE
>        JUSTICE